UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:
MARIA PATRICIA URIBE

CASE NO. 09-33088-BKC-

CHAPTER 13

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $   1.86   remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/ creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtor(s)/Creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

( ) The trustee has a balance of $   .00   remaining in her bank account which represents small dividends as defined by FRBP 3010.

Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, Claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which they are entitled.

WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U. S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Date: __APR 2 9 2011__

NANCY N. HERKERT
CHAPTER 13 TRUSTEE

Copies to:

MARIA PATRICIA URIBE
2423 SW 147 AVE
MIAMI, FL 33185

JAMES ALAN POE, ESQ
9500 S DADELAND BLVD
SUITE 610
MIAMI, FL 33156

UTILITY SVCS/CITY OF HOMESTEAD
%DOUGLAS R GONZALEZ, ESQ
200 E BROWARD BLVD, STE 1900
FT LAUDERDALE, FL 33301

U.S. Trustee
51 S. W. 1st Avenue
Miami, Florida 33130

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:  CASE NO.  09-33088-BKC-
MARIA PATRICIA URIBE

CHAPTER 13

MARIA PATRICIA URIBE

2423 SW 147 AVE
MIAMI, FL 33185

JAMES ALAN POE, ESQ
9500 S DADELAND BLVD
SUITE 610
MIAMI, FL 33156

UTILITY SVCS/CITY OF HOMESTEAD---------$         1.86
%DOUGLAS R GONZALEZ, ESQ
200 E BROWARD BLVD, STE 1900           UNDELIVERABLE/STALE
FT LAUDERDALE, FL 33301                CLAIM REGISTER# 7-1

U.S. Trustee
51 S.W. 1st Avenue
Miami, Florida 33130